Argued and submitted October 19, 2020, affirmed January 13, 2021

Tommy NEHMZOW,
*Respondent,*
*v.*
DESCHUTES COUNTY,
Keith Adams, and Kristin Adams,
*Petitioners.*

Land Use Board of Appeals
2019110; A174517

479 P3d 340

D. Adam Smith argued the cause for petitioners. Also on the joint brief were Amy Heverly, Elizabeth A. Dickson and Dickson Hatfield LLP.

Michael R. Hughes argued the cause and filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *Waveseer of Oregon, LLC v. Deschutes County*, 308 Or App 494, 482 P3d 212 (2021).